Florence E. Sanders, administratrix of the estate of Robert S. Sanders, deceased, appellant, v. Chicago & Eastern Illinois Railway Company, appellee. Gen. No. 30,927.

Action for wrongful death. Judgment for defendant. Appeal from the City Court of Chicago Heights; the Hon. Lee W. Carrier, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed November 29, 1926.

Morse Ives, H. H. Patterson and Charles C. Bodenstab, for appellant; H. H. Patterson, of counsel. Edward W. Rawlins, for appellee; H. T. Dick and Craig A. Hood, of counsel.

Mr. Justice Matchett delivered the opinion of the court.